# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

130967
130968

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TAMARA BRANCHE, Personal
Representative of the Estate of
Tommie Charles Tyson, Deceased,
                Plaintiff-Appellee,

v                                                        SC: 130967, 130968
                                                         COA: 266304, 266673
                                                         Wayne CC: 04-425218-NH
SINAI-GRACE HOSPITAL, a/k/a
SINAI HOSPITAL OF GREATER
DETROIT,
                Defendant-Appellee,

and

DANIEL J. WALZ, M.D.,
                Defendant-Appellant.

_____/

By order of September 26, 2006, the application for leave to appeal the March 9, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641). On order of the Court, the case having been decided on June 27, 2007, 478 Mich 412 (2007), the application is again considered and, it appearing to this Court that the case of *Braverman v Garden City Hospital* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007 _____                    _____
                                                              Clerk
11010